Service List
COA# 14-56615
USDC# 2:13-cv-02605-MAN
Sigitas Raulinaitis v. Ventura County Sheriffs Dept.

Jeff Held
jheld@wps-law.net
Wisotsky, Procter & Shyer
300 Esplanade Drive, Suite 1500
Oxnard, Ca 93036
T: (805)278-0920
F: (805)278-0289