# Law Office of Jonathan W. Birdt

18252 Bermuda St.                                                                                                  Porter Ranch, CA 91326

February 25, 2015

9th Circuit Court of Appeal
Office of the Clerk
P.O. Box 193939
San Francisco, CA 94119-3939

    Re: Sigitas Raulinaitis v. Ventura County Sheriffs Dept.

        Case Number: 14-56615

Dear Clerk of the Court,

    It appears that while I thought I had ordered the transcript as required, I failed to do so. This was entirely my own mistake/oversight and I would respectfully requests that the dates to do same be re-set in this matter and I will promptly take the necessary steps to order the transcript.

    Thank you for your attention to this matter and please do not hesitate to call if I can be of further assistance.

Respectfully Submitted,

Jonathan Birdt

Phone 818-400-4485          Fax 818-428-1384                              Email:
jon@jonbirdt.com