

**FILED**

FEB 26 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIGITAS RAULINAITIS, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> VENTURA COUNTY SHERIFFS DEPARTMENT, <br><br> Defendant - Appellee. | No. 14-56615 <br><br> D.C. No. 2:13-cv-02605-MAN <br> Central District of California, <br> Los Angeles <br><br> ORDER |

    The court is in receipt of the appellant's letter of February 25, 2015. Counsel is reminded that all requests for relief must be submitted in the form of a motion pursuant to Federal Rule of Appellate Procedure 27(a).

    The appellant's letter request is construed as a motion to file a late designation of transcripts. On or before March 30, 2015, the appellant shall designate the transcripts. The court reporter(s) shall file the transcripts with the district court on or before June 29, 2015. Counsel for appellant shall provide the appropriate court reporter(s) with a copy of this order.

    The opening brief is due August 10, 2015. The answering brief is due September 9, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

                                          For the Court:
                                          MOLLY C. DWYER
                                          Clerk of the Court:

                                          Cathie A. Gottlieb
                                          Deputy Clerk
                                          Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                              and Ninth Circuit 27-10

Cag/02/23/15/Pro Mo