# Law Office of Jonathan W. Birdt

18252 Bermuda St.                                        Porter Ranch, CA 91326

June 29, 2015

Office of the Clerk
James R. Browning Courthouse
U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: Sigitas Raulinaitis v. Ventura County Sheriffs Dept., 14-56615

Dear Clerk of the Court,

I am Attorney of Record and or Appellant in the following actions stayed in the 9th Circuit Pending *Peruta*:

Birdt v. LASD, et al., 12-55115
Thompson v. LASD, 12-56236
Raulinaitis v. LASD, 12-56508

I am also Attorney of Record or Plaintiff in the following District Court actions stayed pending Peruta:

Birdt v. SBSO, 5:13-cv-00673-VAP-JEM
Anderson v. LASD, 2:14-cv-05241-DDP-PLA

I am writing to request that this action also be stayed pending *en banc* decision of the Peruta matter as the issues in all of these actions are substantially related and any decision would likely rely heavily on the *Peruta* opinion.

Respectfully Submitted,

*Jonathan Birdt*

Phone 818-400-4485      Fax 818-428-1384      Email: jon@jonbirdt.com