
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIGITAS RAULINAITIS,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>VENTURA COUNTY SHERIFFS DEPARTMENT,<br><br>        Defendant - Appellee. | No. 14-56615<br><br>D.C. No. 2:13-cv-02605-MAN<br>Central District of California,<br>Los Angeles<br><br>ORDER |

    The appellant's correspondence is construed as a motion to stay appellate proceedings. So construed, the motion is granted.

    This appeal is stayed until November 9, 2015. On or before the expiration of the stay, the appellant shall file the opening brief, or file a status report and a motion for appropriate relief.

    If the appellant files the opening brief, the answering brief shall be due December 9, 2015, and the reply brief shall be due within 14 days after service of the answering brief.

    Failure to file a status report shall terminate the stay.

> For the Court:
>
> MOLLY C. DWYER
> Clerk of the Court:
>
> Cathie A. Gottlieb
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
>    and Ninth Circuit 27-10

Cag/07/13/15/Pro Mo