Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

NOTE: For readability and security, print the filled-in form to PDF *(File > Print > PDF Printer Creator)*. You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 14-56615

Case Name: Sigitas Raulinaitis v. Ventura County Sheriff's Department

List the name(s) of the party or parties you are representing: Ventura County Sheriff's Department

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☒ Appellee   ☐ Respondent  ☐ Intervenor     ☐ Appellee/Cross-Appellant

If this case has been re-assigned to you from another attorney in your office *(i.e., the Federal Public Defenders Office, OIL, or a law firm)*, indicate who you are replacing. Provide the name of counsel only if the attorney is no longer on the case.

I am replacing *(name of counsel)*: Jeffrey Held/James N. Procter (mot. for sub. of counsel to be filed separately)

Name: Marina Porche

Firm/Office: Office of County Counsel

Address: 800 South Victoria Avenue, L/C #1830

City: Ventura   State: CA   Zip Code: 93009

Email: marina.porche@ventura.org   Re-enter Email: marina.porche@ventura.org

Phone Number *(including area code)*: (805) 654-2583

Signature *(use "s/" format)*: /s/ Marina Porche   Date: November 3, 2015

9th Circuit Case Number(s) | 14-56615

NOTE: For readability and security, print the filled-in form to PDF (File > Print > PDF Printer/Creator).
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

*********************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)* November 3, 2015 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Signature *(use "s/" format)*   /s/ Marina Porche

*********************************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system

on *(date)*                    .

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature *(use "s/" format)*