14-56615

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| SIGITAS RAULINAITIS, ) | D.C. No. 2:13-cv-02605-MAN |
| ) | Los Angeles |
| Plaintiff-Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| VENTURA COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant-Appellee ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL
## FOR DEFENDANT-APPELLEE
## VENTURA COUNTY SHERIFF'S DEPARTMENT

On Appeal from the United States Central District Court
For the Central District of California
Hon. Margaret A. Nagle

| MARINA PORCHE, CSB 162809 | JONATHAN W. BIRDT, CSB 183908 |
|---|---|
| Assistant County Counsel | Law Office of Jonathan Birdt |
| Office of County Counsel | 18252 Bermuda Street |
| 800 South Victoria Avenue, L/C #1830 | Porter Ranch, California 91326 |
| Telephone: (805) 654-2583 | Telephone: (818) 400-4485 |
| Fax: (805) 654-2185 | Fax: (818) 428-1384 |
| E-mail: marinaporche@ventura.org | E-mail: jon@jonbirdt.com |
| Attorney for Defendant-Appellee | Attorney for Plaintiff-Appellant |
| Ventura County Sheriff's Department | Sigitas Raulinaitis |

Page 1 – MOTION FOR SUBSTITUTION OF COUNSEL

Subject to the approval of the court, Marina Porche, CSB No. 162809, Assistant County Counsel, is substituting as attorney of record for defendant-appellee Ventura County Sheriff's Department in the appeal of the above-referenced matter, in place of James N. Procter, II and Jeffrey Held, who move to withdraw as counsel with the consent of defendant-appellee Ventura County Sheriff's Department. Please direct any future communication or documentation regarding this matter to the undersigned Marina Porche.

I consent to being substituted, and move to withdraw as counsel.

PROCTER & SHYER, LLP

Date: November 3, 2015

*[signature]*
JAMES N. PROCTER, II

I consent to being substituted, and move to withdraw as counsel.

Date: November 3, 2015

*[signature]*
JEFFREY HELD

I consent to the above substitution.   Respectfully submitted,

LEROY SMITH
County Counsel, County of Ventura

Date: November 3, 2015

*[signature]*
MARINA PORCHE, CSB # 162809
Assistant County Counsel
Office of County Counsel
800 South Victoria Avenue, L/C # 1830
Ventura, California 93009
Telephone: (805) 654-2583
Marina.porche@ventura.org
Attorneys for Defendant-Appellee
Ventura County Sheriff's Department

## CERTIFICATE OF FILING AND SERVICE

I certify that on November 4, 2015, I electronically filed the foregoing MOTION FOR SUBSTITUTION OF COUNSEL with the Clerk of the United States Court of Appeals.

I also served the foregoing MOTION FOR SUBSTITUTION OF COUNSEL on:

JONATHAN W. BIRDT
Law Office of Jonathan W. Birdt
18252 Bermuda Street
Porter Ranch, California 91326
(818) 400-4485

Ventura County Sheriff's Department
Attn: Sheriff Geoff Dean
800 South Victoria Avenue, L#3330
Ventura, CA 93009
Tel. (805) 654-2381

on November 4, 2015, by mailing to said attorney a correct copy thereof, contained in a sealed envelope, with postage paid, and deposited in the U.S. mail at Ventura, California on said day.

*Marina Porche*
MARINA PORCHE, CSB # 162809
Assistant County Counsel
Attorney for Defendant-Appellee
Ventura County Sheriff Department

Page 1 – CERTIFICATE OF SERVICE